IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| SUSAN HARRIMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASSOCIATED INDUSTRIES INSURANCE ) <br> COMPANY, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:18-cv-2750-DCN <br><br> **ORDER** |

The following matter is before the court on defendant Associated Industries Insurance Company, Inc.'s ("Associated Industries") motion to compel compliance with a subpoena, ECF No. 63.  On September 21, 2020, Associated Industries issued a Rule 45 subpoena for the production of documents to Travelers Casualty Insurance Company of America ("Travelers") by serving the subpoena through the South Carolina Department of Insurance, who forwarded the subpoena to Travelers on September 24, 2020.  The subpoena required that Travelers produce the requested documents by October 5, 2020, a deadline which has now passed without response or objection from Travelers.  The court has reviewed the subpoena and is satisfied that it complies with Fed. R. Civ. P. 45.

2

Accordingly, the court **GRANTS** the motion to compel and **ORDERS** Travelers to produce the documents described in the subpoena.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**November 6, 2020**
**Charleston, South Carolina**

2